

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00318-CR

**IN RE** Isaias **PAZ-ESTRADA**, et al.

Original Proceeding[1]

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
                 Beth Watkins, Justice
                 Liza A. Rodriguez, Justice

Delivered and Filed: February 21, 2024

PETITION FOR WRIT OF MANDAMUS DISMISSED IN PART AND DENIED IN PART

On April 4, 2023, relators filed a petition for writ of mandamus. On June 6, 2023, we received notice that relator Alberto Garcia Galvan's request for relief is now moot. Accordingly, we dismiss relator Galvan's request for relief as moot.

As for the remaining seventeen relators, after considering the petition, real party in interest's response, relators' reply, amicus briefing, and this record, this court concludes relators

---

[1] This proceeding arises out of eighteen civil bond forfeiture cases involving the State of Texas and the following defendants and their trial cause numbers: Isaias Paz-Estrada, Cause No. 1096; Jorge Luis de la Cruz-Cordova, Cause No. 1110; Marcelo Hernandez-Pablo, Cause No. 1111; Diego Villarreal Castellanos, Cause No. 1112; Jose Domingo Palacio Lazarin, Cause No. 1113; Oribel Martinez Leon, Cause No. 1220; Roque Alvarez Arias, Cause No. 1242; Pedro Marcos Ruiz Aguilar, Cause No. 1246; Romario Lopez Jimenez, Cause No. 1249; Alberto Garcia Galvan, Cause No. 1254; Walter Gonzalez Rueda, Cause No. 1256; Jorge Luis Olalde-Gustavo; Cause No. 1275; Luis Adrian Medina-Gonzalez, Cause No. 1277; Joel Santiago Zamora, Cause No. 1278; Juan Ignasio Gonzalez Abundis, Cause No. 1279; Carlos Oviedo Oviedo, Cause No. 1280; Oscar Gerado Posadas-Garcias, Cause No. 1283; and Abenmar Cordova Cacho, Cause No. 1311 all pending in the County Court, Kinney County, Texas, the Honorable David E. Garcia presiding.

are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See*

Tex. R. App. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH